UNITED STATES DISTRICT COURT
For the
Northern District of Georgia

TPI HOLDINGS INC., et al.

                Plaintiff,                CASE NO: 1 09-CV-1919

vs.

WESLEY SMITH, et al.

                Defendant.

---

### AFFADAVIT OF SERVICE

Type of Process:   **Summons, Complaint, Civil Cover Sheet, Certificate of Interested Persons and Corporate Disclosure Statement**

Defendant to be served: **Wesley Smith**

SERVED the within named defendant on **07/23/2009** @ **11:30 AM**

LOCATION WHERE SERVED:    **712 Moors Camp Highway**
                                        **Benton, Kentucky 42025**

THE SEX, RACE AND APPROXIMATE AGE OF THE DEFENDANT AND/OR OTHER PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:

____   INDIVIDUAL SERVICE by delivering to the within named defendant a copy of this process personally.

**XXX**   SUBSTITUTE SERVICE by leaving a copy of this process at his/her usual place of abode with: **Jimmie Smith** (Relationship): **his father** a person who is of the age of 13 years or upwards.

____   CORPORATE OR GOVERNMENT SERVICE by leaving a copy of this process with: _____, (Title): _____, a person authorized to accept service and informed that person of the contents thereof.

____   NON-SERVICE For the reason that after diligent investigation found:

I hereby certify that I am not a party to the above action and or suite and I am over the age of 18 years and the affidavit is true and correct.

                                                                                     Signature of Process Server
                                                                                      Evan Rhodes

Subscribed and sworn before me on this **25th** day of **July, 2009**

Signature of Notary Public

Expires 9/09

31255